UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BURGESS;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PERFORMANCE TRANSPORTATION, LLC, dba PERFORMANCE FOOD GROUP, PERFORMANCE FOOD SERVICE / LEDYARD;<br><br>　　　　Defendants. | CASE NO. 2:24-cv-03642-TLN-AC<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

ORDER

**ORDER**

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal of Entire Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (the "Stipulation") filed by Plaintiff PAUL BURGESS, in pro per ("Plaintiff"), and Defendant PERFORMANCE TRANSPORTATION, LLC ("Defendant") (collectively, the "Parties"):

The Parties' Stipulation requesting dismissal of this entire action with prejudice shall be and hereby is GRANTED.  Each party shall bear his or its own respective fees and costs.

**IT IS SO ORDERED.**

DATED: January 7, 2025

_____
Troy L. Nunley
Chief United States District Judge