UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BURGESS;<br><br>        Plaintiff,<br><br>    vs.<br><br>PERFORMANCE TRANSPORTATION, LLC, dba PERFORMANCE FOOD GROUP, PERFORMANCE FOOD SERVICE / LEDYARD;<br><br>        Defendants. | CASE NO. 2:24-cv-03642-TLN-AC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STRIKE AND/OR WITHDRAW EXHIBIT FROM COURT RECORD** |

**[PROPOSED] ORDER**

The Court has reviewed and considered the Joint Stipulation to Strike And/Or Withdraw Exhibit From Court Record filed by Plaintiff PAUL BURGESS, in pro per ("Plaintiff"), and Defendant PERFORMANCE TRANSPORTATION, LLC ("Defendant") (collectively, the "Parties"):

The Parties' Stipulation to strike and/or withdraw Exhibit A to Defendant's Request for Judicial Notice in Support of Defendant's Motion to Dismiss and/or Strike Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) and/or 12(f), Dkt. #3 at ECF p. 33 and Dkt. #5 at ECF p. 33 from the public record is GRANTED.

**IT IS SO ORDERED.**

DATED: January 8, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

199689349.1

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STRIKE AND/OR WITHDRAW EXHIBIT FROM COURT RECORD